| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* 3:07CR133-001/RV |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | |
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | DIVISION |
|---|---|---|---|
| Miguel Rodriguez<br>Southern District of Florida | Florida Northern | | Pensacola |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable Roger Vinson, Senior U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>07/30/08 | TO<br>07/29/11 |

OFFENSE

Count 1: Conspiracy to Commit Bribery, in violation of 18 U.S.C. §§ 371 and 1349.

Count 2: Bribery of a Public Official, in violation of 18 U.S.C. § 201(b)(1).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____9/12/08_____                _____
    Date                                                                Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____5 Nov 2008_____              _____
    Effective Date                                                  United States District Judge

**NORTHERN DISTRICT OF FLORIDA**
Probation and Pretrial Services

# MEMORANDUM



DATE: November 25, 2008

REPLY TO ATTN OF: Larry J. Gibbs, Supervising
U.S. Probation Officer
Pensacola, Florida

SUBJECT: **RODRIGUEZ, Miguel**
**Docket No.: 3:07CR133-001/RV**
**TRANSFER OF JURISDICTION**

TO: Clerk's Office
Pensacola, Florida

---

Enclosed please find two original Probation Forms 22, ordering that the jurisdiction of the supervised releasee be transferred with the records of our court to the United States District Court for the Southern District of Florida, Miami Lakes Division. Senior U.S. District Judge Roger Vinson ordered the jurisdiction transfer on September 12, 2008 and U.S. District Judge Jose E. Martinez accepted the transfer of jurisdiction on November 5, 2008.

Please forward a certified copy of the Probation Form 22 to our office and send the appropriate file to the U.S. District Clerk's Office for the Southern District of Florida.

If you have any questions regarding this matter, please contact me at (850) 435-8430, ext. 203.


LJG/mc

Encls.: Probation Form 22 (2)